UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA MAGDZIAK,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

Case No. 11-15632

HONORABLE GERALD E. ROSEN

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on February 05, 2013, plaintiff's Motion to Reverse the Administrator's Decision is GRANTED and defendant's Motion for Entry of Judgment is DENIED and the case is DISMISSED.

DAVID WEAVER

Dated: February 5, 2013

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 5, 2013, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5135